# J U D G M E N T

### UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Senior Judge

```
- - - - - - - - - - - - - - - - - -x
UNITED STATES,                      :
                         Plaintiff, :
              v.                    : Court No. 19-00125
KATANA RACING, INC., d/b/a          :
WHEEL & TIRE DISTRIBUTORS,
                                    :
                         Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```

This action having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; Now therefore, in conformity with said decision, it is

ORDERED, ADJUDGED and DECREED that plaintiff's Cross Motion for Summary Judgment and defendant's nonsubstantive motions in procedural response thereto be, and each hereby is, denied; and it is further

ORDERED, ADJUDGED and DECREED that defendant's Motion to Dismiss be, and it hereby is, granted; and it is further

ORDERED, ADJUDGED and DECREED that this action be, and it hereby is, dismissed.

Dated:  New York, New York
        March 28, 2022

                              /s/   Thomas J. Aquilino, Jr.
                                       Senior Judge