UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE THOMAS J. AQUILINO, JR., SENIOR JUDGE

| | | |
|---|---|---|
| UNITED STATES, | ) | |
|        Plaintiff, | ) | |
| v. | ) | Court No. 19-125 |
| KATANA RACING, INC. dba WHEEL & TIRE DISTRIBUTOR, | ) | |
|        Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff in the above-captioned action hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment and accompanying order and opinion, Dkt. No. 31, Slip Op. 22-30, dated March 28, 2022.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

s/ Catharine M. Parnell
CATHARINE M. PARNELL
Trial Attorney
Commercial Litigation Branch
General Litigation Division
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station

Washington, DC 20044
Telephone: (202) 532-3467
Fax: (202) 307-0972
Email: catharine.m.parnell@usdoj.gov

May 25, 2022                                   Attorneys for Plaintiff