## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>KATANA RACING, INC. d/b/a WHEEL & TIRE DISTRIBUTORS,<br><br>      Defendant. | Court No. 19-00125 |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Thomas J. Aquilino, Jr., is hereby reassigned to the Honorable Lisa W. Wang.

Dated at New York, New York, this 27th day of March, 2024

              /s/ Mark A. Barnett
              Mark A. Barnett
              Chief Judge