**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. LISA W. WANG, JUDGE**

---------------------------------------------------------------- X
**UNITED STATES**                                                :
                                                                 :
       **Plaintiff,**          :
                                                                 :
    v.                                        :      **No. 19-cv-00125**
                                                                 :
**KATANA RACING, INC. d/b/a WHEEL & TIRE**                       :
**DISTRIBUTORS,**                                                :
                                                                 :
       **Defendant.**          :
---------------------------------------------------------------- X

## JOINT STATUS REPORT AND
## MOTION FOR REFERRAL TO COURT-ANNEXED MEDIATION

Pursuant to this Court's Order of September 9, 2024, *see* ECF 57, Defendant, Katana Racing, Inc., d/b/a Wheel & Tire Distributors ("Katana"), and Plaintiff, United States, submit this joint status report and motion for referral to court-annexed mediation. Following the Court's issuance of Slip Op. 24-100, the parties have consulted and believe that resolution to this litigation could potentially be reached through court-annexed mediation, pursuant to United States Court of International Trade Rule ("USCIT R.") 16.1. Accordingly, the parties respectfully request that the Court refer the case to the court-annexed mediation program. To further this goal the parties have proposed a scheduling order providing for the filing of an answer by Plaintiff and the referral to Court-annexed mediation.

| | |
|---|---|
| Respectfully Submitted, | BRIAN M. BOYNTON<br>Principal Deputy |
| NEVILLE PETERSON LLP<br>*Counsel for Katana Racing, Inc. D/B/A*<br>*Wheel and Tire Distributors* | Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director |
| /s/ John M. Peterson<br>John M. Peterson<br>Patrick B. Klein<br>One Exchange Plaza<br>55 Broadway, Suite 2602<br>New York, NY 10006<br>(212) 635-2730<br>jpeterson@mpwny.com | TARA K. HOGAN<br>Assistant Director<br><br>By:  /s/ Emma E. Bond<br>      Emma E. Bond<br>      Senior Trial Counsel<br>      Civil Division, Dept. of Justice<br>     Commercial Litigation Branch<br>      PO Box 480<br>      Ben Franklin Station<br>      Washington D.C, 20044<br>      Attorneys for Plaintiff<br><br>     Tel. No. 202-305-2034 |

Dated: October 22, 2024