Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM   M-2

|  |  |
|---|---|
| Plaintiff,<br>v.<br><br>Defendant. | **Court No.:** |

**REPORT OF MEDIATION**

That pursuant to the Order of Referral dated _____ in this case,

I served as Judge Mediator for the mediation process between the parties in this

case.  The process was concluded on _____;

\_\_\_ The mediation resulted in a settlement of all issues;

\_\_\_ The mediation resulted in a partial settlement;

\_\_\_ The mediation did not result in a settlement;

_____
(Name)
Judge Mediator

DATED:
    New York, New York


(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)