IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE LISA W. WANG, JUDGE

| | |
|---|---|
| UNITED STATES, )<br>)<br>      Plaintiff, )<br>)<br>   v. )<br>)<br>KATANA RACING, INC., *doing business* )<br>*as* Wheel & Tire Distributors, )<br>)<br>      Defendant. ) | No. 19-cv-00125-LWW |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, the United States, and defendant, Katana Racing, Inc., doing business as Wheel & Tire Distributors, hereby stipulate that the above-captioned matter be dismissed with prejudice, with each party to bear its own attorney fees and costs, except as provided by the parties' Settlement Agreement, conditioned upon the Court issuing an order of dismissal incorporating the Settlement Agreement by reference and retaining jurisdiction to enforce the terms of the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994); *see also Nat. Resources Def. Council, Inc. v. Lutnick*, -- F. Supp. 3d -- , No. 24-00148, 2025 WL 900438, at *7 (Ct. Int'l Trade Mar. 25, 2025) (retaining jurisdiction to oversee compliance with settlement agreement in accordance with the parties' stipulation).

**IT IS SO ORDERED.**

Dated: _____                                                                   _____
                                                                                                                             The Honorable Lisa W. Wang

By: _____   Dated: _____, 2025
John M. Peterson
Neville Peterson, LLP
55 Broadway
One Exchange Plaza
Suite 2602
New York, NY 10006
(212) 635-2730
Email: jpeterson@npwny.com

*Attorney for Defendant, Katana Racing, Inc.*

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: TARA HOGAN
(Digitally signed by TARA HOGAN, Date: 2025.08.29 13:07:39 -04'00')   Dated: August 29, 2025
TARA K. HOGAN
Assistant Director

By: EMMA BOND
(Digitally signed by EMMA BOND, Date: 2025.08.29 12:35:49 -04'00')   Dated: August 29, 2025
EMMA E. BOND
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tel.: (202) 305-2034
Emma.E.Bond@usdoj.gov

*Attorneys for Plaintiff, the United States*