IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:     THE HONORABLE LISA W. WANG, JUDGE

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) No. 19-cv-00125-LWW |
| KATANA RACING, INC., *doing business as* Wheel & Tire Distributors, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to CIT R. 41(a)(l)(A)(ii), plaintiff, the United States, and defendant, Katana Racing, Inc., doing business as Wheel & Tire Distributors, hereby stipulate that the above-captioned matter be dismissed with prejudice, with each party to bear its own attorney fees and costs, except as provided by the parties' Settlement Agreement, conditioned upon the Court issuing an order of dismissal incorporating the Settlement Agreement by reference and retaining jurisdiction to enforce the terms of the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375 (1994); *see also Nat. Resources Def Council, Inc. v. Lutnick,* -- F. Supp. 3d -- , No. 24-00148, 2025 WL 900438, at *7 (Ct. Int'l Trade Mar. 25, 2025) (retaining jurisdiction to oversee compliance with settlement agreement in accordance with the parties' stipulation).

**IT IS SO ORDERED.**

Dated: <u>September 22, 2025</u>                                         <u>/s/ Lisa W. Wang</u>
                                                                                                The Honorable Lisa W. Wang